**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 95-8566**

---

TERRY LEE MCCLAIN,

                                        Plaintiff - Appellant,

        versus

DEPARTMENT OF THE NAVY; J. T. GALBREATH, PNC,
BYDIR, OIC, Dispersing Officer,

                                        Defendants - Appellees.

---

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte.  Graham C. Mullen, District Judge.  (CA-95-415-3-MU)

---

Submitted:  May 16, 1996                  Decided:  May 31, 1996

---

Before RUSSELL, LUTTIG, and WILLIAMS, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Terry Lee McClain, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying relief on his 42 U.S.C. § 1983 (1988) complaint. We have reviewed the record and the district court's opinion and find no reversible error. However, we affirm the district court's dismissal under 28 U.S.C. § 1915(d) (1988) on the grounds that Appellant's complaint, filed ten years after the cause of action had accrued, is time-barred. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED